## 44043. HANSON v. BYERS.

PANNELL, Judge. The present case is before this court on appeal
from the ruling of the Judge of the Superior Court of Fulton
County confirming a sale under power under the procedure
provided for in the Act approved March 28, 1935 (Ga. L. 1935,
p. 381; *Code Ann.* § 37-608 through § 37-611). The only
enumerations of error relate to the sufficiency of the evidence
to authorize the ruling of the trial judge that the property
brought its true market value. There was an alleged error
argued in the brief but not enumerated in the enumeration of
errors. *Held:*
1. The evidence was amply sufficient to authorize the finding of
the trial judge.
2. The alleged error argued in the brief but not contained in the
enumeration of errors filed with this court cannot be con-
sidered.

*Judgment affirmed. Jordan, P. J., and Deen, J., concur.*

SUBMITTED NOVEMBER 6, 1968—DECIDED NOVEMBER 13, 1968.

*Linus L. Zukas,* for appellant.
*James L. Mayson,* for appellee.